United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Floreria Lee, Inc., | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-19-58 |
| | § | |
| Mesa Underwriters Specialty Insurance Company, et al, | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Joint Rule 41 Stipulation of Dismissal Without Prejudice filed on July 22, 2019 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk shall send a true copy to all counsel of record.

Signed this _23_ day of July, 2019.

DAVID HITTNER
United States District Judge